# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.      Case No. 3:21-cv-1245-TJC-MCR

JOHN DOE, subscriber assigned IP address 107.139.215.46, an individual,

    Defendant.

## **O R D E R**

Upon review of the Plaintiff's Notice of Voluntary Dismissal with Prejudice of John Doe (Doc. 13), filed on March 14, 2022, this case is dismissed with prejudice. Plaintiff is directed to send Defendant a copy of this Order. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of March, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record